UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:15-CR-298 |
| | § | CIVIL No. 2:17-376 |
| JEFFREY ADRIAN RICHARD | § | |

# ORDER

On December 7, 2017, the Clerk received Defendant/Movant Jeffrey Adrian Richard's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (D.E. 51). The Court reviewed the motion and ordered that the Government respond (D.E. 52).

On May 3, 2018, the Government filed a motion for summary judgment and response to the § 2255 motion (D.E. 60). The certificate of service indicates that the Government served a copy of its motion for summary judgment and response on Movant via certified mail at 10414 Castle Dr., St. Louis, MO 63136, which was the return address on Movant's § 2255 motion. However, it appears this may no longer be Defendant's address. On January 24, 2018, Movant filed an affidavit (D.E. 54) related to his § 2255 motion, with a return address of 10027 Candlewood Pl., Dallas, TX 75217. The Bureau of Prisons Inmate Locator confirms that Movant was released from custody on December 26, 2017.

The Government is hereby **ORDERED** to serve a copy of its motion for summary judgment and response on Movant at his last known address, 10027 Candlewood Pl., Dallas, TX 75217.

Pursuant to Rule 5(d) of the 2255 Rules, Movant may file a reply not later than thirty days after service of the Government's answer.

ORDERED this 28th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE